UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cv-576-JRS-MPB ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Defendant. | ) ) ) ) |

## ORDER

THIS CAUSE coming to be heard on the Parties' Joint Motion to Stay, and the Court being fully advised in the premises, now **GRANTS** the motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is **STAYED** for 90 days.  The parties shall file a Joint Status Report with the Court and a Proposed Case Management Plan by **June 7, 2019**.

IT IS FURTHER ORDERED that the **TELEPHONIC INITIAL PRE-TRIAL CONFERENCE** set for May 3, 2019 is **VACATED** and **RESCHEDULED** to **JUNE 14, 2019** at 2:00 p.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge.  **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

SO ORDERED this 11th day of March, 2019.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:  All Counsel of Record