UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN JOHNSON,<br><br>       Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>       Defendant. | Case No. 1:19-cv-576-JRS-MPB |

## STIPULATION TO DISMISS

NOW COMES Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through its attorneys HINSHAW & CULBERTSON LLP, and Plaintiff, DAWN JOHNSON, by counsel, O'RYAN LAW FIRM, and show the Court by this Stipulation for Dismissal that the Parties stipulate and agree and now move the Court to dismiss this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

s/Bridget O'Ryan
O'Ryan Law Firm
1901 Broad Ripple Avenue
Indianapolis, Indiana 46220
Attorney for Plaintiff

By:  s/ Jennifer Kalas
Jennifer Kalas (17396-64)
HINSHAW & CULBERTSON LLP
Attorney for Defendant
322 Indianapolis Blvd., Suite 201
Schererville, IN  46375